E. CARLTON FOSTER and JOHN A. HATCH, Appellants, v. GEORGE H. R. WHITE, Respondent.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals granted and question for review certified. [See 248 App. Div. 451.] Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ROCHESTER TRUST AND SAFE DEPOSIT COMPANY, Appellant, v. RODNEY S. HATCH and GREETA GRAY HATCH, His Wife, Respondents.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. [See

248 App. Div. 945.]  Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.